UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-61155-COOKE
(Case No. 95-Cr-6031-COOKE)

TRACY TOPAZ TURNER,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S SUPPLEMENTAL REPORT AND STAYING CASE

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On August 2, 2016, Judge White issued a Supplemental Report of Magistrate Judge Vacating Prior Report (DE #5) (ECF No. 18) recommending that (i) his previous Report Re Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) (ECF No. 5) be vacated; (ii) this § 2255 proceeding be stayed pending the U.S. Supreme Court's decision in *Beckles*; (iii) this case be administratively closed in the interim; and (iv) no certificate of appealability issue. The parties had through and including August 19, 2016 by which to file any objections to Judge White's Supplemental Report, and none have been filed.

I have considered Judge White's Supplemental Report of Magistrate Judge Vacating Prior Report (DE #5), Plaintiff's Motion, the relevant legal authorities, and have made a *de novo* review of the record. I find Judge White's Supplemental Report of Magistrate Judge Vacating Prior Report (DE #5) clear, cogent, and compelling. As such, it is **ORDERED and ADJUDGED** that Judge White's Supplemental Report of Magistrate Judge Vacating Prior Report (DE #5) (ECF No. 18) is **AFFIRMED and ADOPTED**. Judge White's previous Report Re Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) (ECF No. 5) is hereby **VACATED**. This matter shall be **STAYED** pending the

U.S. Supreme Court's decision in *Beckles v. United States*, No. 15-8544 (U.S.).  Parties shall immediately notify this Court once the U.S. Supreme Court has issued its opinion in *Beckles*. No certificate of appealability shall issue in this case.  In the interim, the Clerk shall *administratively* **CLOSE** this case.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 31st day of August 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*